```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 05978
   NATHANIEL FORD
   KIMBERLY JACKSON FORD                       CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2578    SSN XXX-XX-0703

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/03/2007 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
--------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED VEHIC     16301.00        .00          .00
DRIVE FINANCIAL SERVICES  UNSECURED          1932.00        .00          .00
WASHINGTON MUTUAL         CURRENT MORTG          .00        .00          .00
WASHINGTON MUTUAL         MORTGAGE ARRE          .00        .00          .00
JEFFERSON CAPITAL SYSTEM  FILED LATE             .00        .00          .00
AAROW FINANCIAL SERVICES  NOTICE ONLY      NOT FILED        .00          .00
AMERICAN GENERAL FINANCE  UNSECURED          2123.34        .00          .00
ANDERSON FIN NETWORK      UNSECURED        NOT FILED        .00          .00
DISH NETWORK              NOTICE ONLY      NOT FILED        .00          .00
CREDIT PROTECTION ASSOC   UNSECURED        NOT FILED        .00          .00
COMCAST                   NOTICE ONLY      NOT FILED        .00          .00
HARRIS BANK               UNSECURED        NOT FILED        .00          .00
HSBC NV                   UNSECURED        NOT FILED        .00          .00
ASPIRE                    UNSECURED           750.05        .00          .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED        .00          .00
NORTHERN ILLINOIS ER PHY  NOTICE ONLY      NOT FILED        .00          .00
MERCHANT & MEDICAL        UNSECURED        NOT FILED        .00          .00
SHURGAURD                 NOTICE ONLY      NOT FILED        .00          .00
NCO FIN/55                UNSECURED        NOT FILED        .00          .00
RUSH OAK PARK HOSPITAL    NOTICE ONLY      NOT FILED        .00          .00
NICOR GAS                 UNSECURED          3681.37        .00          .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        NOT FILED        .00          .00
PROVIDIAN NATIONAL BANK   NOTICE ONLY      NOT FILED        .00          .00
RECEIVABLE PERFORMANCE    UNSECURED        NOT FILED        .00          .00
MCI                       NOTICE ONLY      NOT FILED        .00          .00
RMI/MCSI                  UNSECURED        NOT FILED        .00          .00
VILLAGE OF BELLWOOD       NOTICE ONLY      NOT FILED        .00          .00
RMI/MCSI                  UNSECURED        NOT FILED        .00          .00
VILLAGE OF BELLWOOD       NOTICE ONLY      NOT FILED        .00          .00
RMI/MCSI                  UNSECURED          1250.00        .00          .00
VILLAGE OF BELLWOOD       NOTICE ONLY      NOT FILED        .00          .00
RMI/MCSI                  UNSECURED        NOT FILED        .00          .00
VILLAGE OF BELLWOOD       NOTICE ONLY      NOT FILED        .00          .00
SUPERIOR MANAGEMENT       UNSECURED        NOT FILED        .00          .00
T MOBILE                  NOTICE ONLY      NOT FILED        .00          .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 05978 NATHANIEL FORD & KIMBERLY JACKSON FORD
```

```
TROJAN PROFESSIONAL SVCS  UNSECURED       NOT FILED              .00            .00
TROJAN PROFESSIONAL SVCS  NOTICE ONLY     NOT FILED              .00            .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED              .00            .00
ROUNDUP FUNDING LLC       UNSECURED          995.85              .00            .00
GLEASON & GLEASON LLC     DEBTOR ATTY      2,499.00                             .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                                .00
```

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                        .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 12/05/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE